UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X
ANTHONY VIOLA,

                Petitioner,                06 CV 3863 (SJ)

    -against-                        **MEMORANDUM
                                                               AND ORDER**

UNITED STATES OF AMERICA,

                Respondent.
----------------------------------------------X
A P P E A R A N C E S

ANTHONY VIOLA
# 38206-053
USP Allenwood
P.O. Box 3000
White Deer, PA 17887-3000
Petitioner, *Pro Se*

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
One Pierrepont Plaza
Brooklyn, NY 11201
By:    Kevin P. Mulry
Attorney for Respondent


JOHNSON, Senior District Judge:

       Before the Court is a Report and Recommendation ("Report") prepared by Magistrate Judge Lois Bloom. Judge Bloom filed the Report on January 29, 2007, and provided the parties with the requisite amount of time to file any objections. Petitioner was granted an extension of time to file his objections to the Report, and timely filed

his objections on February 28, 2007. For the reasons stated herein, this Court affirms and adopts the Report in its entirety.

A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1). Within 10 days of service of the recommendation, any party may file written objections to the magistrate's report. Id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. Id. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985).

On February 28, 2007, Petitioner timely filed his objections to the Report. After reviewing Petitioner's objections to the Report, and after reviewing *de novo* those portions of the record to which the objections were made, the Court concludes that Petitioner has not raised any new arguments that would convince this Court to reject the Report. Accordingly, the Court affirms and adopts the Report in its entirety.

The Clerk of the Court is directed to close the case.

SO ORDERED.

Dated: March 5, 2007
Brooklyn, NY

STERLING JOHNSON, JR.
Senior United States District Judge