UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ANTHONY VIOLA,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.
---------------------------------------------------------------X

JUDGMENT
06-CV- 3863 (SJ)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ MAR 1 2 2007 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on March 7, 2007, adopting and affirming the Report and Recommendation of Magistrate Judge Lois Bloom, dated January 29, 2007, after a *de novo* review of the record; denying the petition for mandamus relief or relief under the All Writs Acts; and dismissing the action; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted and affirmed in its entirety; that the petition for mandamus relief or relief under the All Writs Acts is denied; and that the action is dismissed.

Dated: Brooklyn, New York
       March 07, 2007

ROBERT C. HEINEMANN
Clerk of Court